

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH JACKSON, SR., et al.  :  CIVIL ACTION
                                    :
v.  :
                                    :
ART OF LIFE, INC., et al.  :  NO. 10-3043

FILED
DEC 12 2011

## JUDGEMENT

AND NOW, this 12th day of December, 2011, it is hereby ORDERED that JUDGEMENT SHALL BE ENTERED in this matter jointly and severally against ALL DEFENDANTS in the total amount of $105,078.62, and in favor of PLAINTIFF in the following amounts:

1) Plaintiff Keith Jackson – $16,377.78;

2) Plaintiff Kevin Joe – $41,262.68;

3) Plaintiff David Whaley – $38,228.42;

4) Plaintiff Gregory Reaves – $6,275.96; and

5) Plaintiff Aja Garlick (Reaves) – $2,933.78.

Counsel for Plaintiffs shall submit a petition for costs and a reasonable attorney's fee by 12/27/2011. Defendants may respond by January 11, 2012.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE