IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH JACKSON, SR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ART OF LIFE, INC., et al. | : | NO. 10-3043 |

AWARD OF FEES AND COSTS

AND NOW, this 18th day of January, 2012, upon consideration of Plaintiffs' Petition for Counsel Fees and Costs, docketed in this matter as Document 70, and Defendants' response thereto, as well as Plaintiffs' reply memorandum, it is hereby ORDERED that:

1. Plaintiffs' counsel is awarded $83,533.00 in attorney's fees; and

2. Plaintiff is awarded $2,897.04 in costs expended during the above-captioned litigation.

3. Defendants are hereby ORDERED to pay the sum to $86,430.04 to Plaintiffs as prevailing parties.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE